1  **WAJDA LAW GROUP, APC**
   Nicholas M. Wajda (State Bar No. 259178)
2  6167 Bristol Parkway
   Suite 200
3  Culver City, California 90230
4  Telephone: 310-997-0471
   Facsimile: 866-286-8433
5  E-Mail: nick@wajdalawgroup.com
   *Attorney for Plaintiff*
6

7  **SULAIMAN LAW GROUP, LTD.**
   Nathan C. Volheim (*PHV* application pending*)*
8  2500 S. Highland Avenue, Suite 200
   Lombard, Illinois 60148
9  Telephone: (630) 568-3056
   Facsimile: (630) 575-8188
10 E-Mail:  nvolheim@sulaimanlaw.com
11 *Attorney for Plaintiff*

12 **MAURICE WUTSCHER LLP**
   Philip H. Franklin (SBN #76446)
13 155 N. Riverview Drive, Suite 100
   Anaheim Hills, California 92808
14 Tel. (714) 366-9536
   Facsimile: (312) 284-4751
15 E-mail: pfranklin@mauricewutscher.com

16 *Attorney for Defendant Credit Control, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD S. ASHER, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT CONTROL, LLC, <br><br> Defendant. | Case No.  1:19-cv-01757-DAD-SAB <br><br> **JOINT RULE 26(f) REPORT** <br><br> DATE: March 3, 2020 <br> TIME: 11:30 AM <br> CTRM: #9 (6th Floor) <br><br> **Telephonic Conference Requested** |

**1.     Summary of the factual and legal contentions:**

1

**Plaintiff:** Plaintiff alleges that Defendant engaged in harassing, deceptive, misleading, and unfair behavior in an attempt to collect on a default consumer debt from him in violation of the Fair Debt Collection Practices Act ("FDCPA") under 15 U.S.C. §1692 *et seq.* and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") under Cal. Civ. Code §1788. As such. Plaintiff is seeking statutory and actual damages from Defendant as well as payment of his reasonable attorney fees and costs associated with brining this action.

**Defendant:** Defendant denies that it placed calls to Plaintiff after being informed that Plaintiff was represented by counsel and that Plaintiff wished for Defendant to cease contact with him. Defendant denies that it violated the FDCPA or the RFDCPA and denies that Plaintiff is entitled to damages, attorneys' fees, or costs.

2. **Proposed deadline for amendment to the pleadings**: May 8, 2020.

3. **Summary of contested and uncontested facts**: It is not disputed that Defendant contacted Plaintiff in an effort to collect an obligation from Plaintiff. However, the parties dispute the volume and nature of communications from Defendant to Plaintiff, and whether those communications violated the FDCPA or the RFDCPA. Also, Defendant requires discovery to determine whether the obligation at issue is a "debt" covered by the FDCPA and the RFDCPA.

4. **Summary of legal issues to which there is no dispute:** There is no dispute that Defendant is a debt collector as defined under the FDCPA and the RFDCPA. However, as noted above, Defendant requires discovery to determine whether the obligation at issue is a "debt" that is covered by the FDCPA and the RFDCPA.

5. **Status of all matters before the Court**: On February 19, 2020, Nathan C. Volheim filed an application to appear *Pro Hac Vice* (Dkt. #7) in this matter, which is currently

pending before this Honorable Court. M. Brent Yarborough of Maurice Wutscher LLP is also filing an application to appear *Pro Hac Vice* to serve as counsel for Defendant Credit Control, LLC and intends to submit that application today (February 25, 2020).

6. **Discovery plan**:

    a. Exchange of Fed. R. Civ. P. 26(a)(1) disclosure: March 17, 2020.

    b. Non-expert discovery: August 21, 2020.

    c. Witnesses under Fed. R. Civ. P. 26(a)(2): June 19, 2020.

    d. Expert discovery: August 21, 2020.

    e. Any proposed changes to discovery: None.

    f. Protective orders: Given the nature of the claims and the defenses, at this time the parties do not anticipate the need for a protective order. However, if confidential, proprietary, or otherwise protected information is required by either party during discovery then the parties will stipulate to an agreed protective order.

    g. Any additional discovery issues with timing, etc.: None.

    h. Discovery outside the United States: The parties do not anticipate the need for any discovery outside of the United States.

    i. Video/audio depositions: The parties do not anticipate the need for any video or audio depositions.

7. **Dates agreed to by all counsel for:**

    a. **Filing non-dispositive and dispositive pre-trial motions:** September 25, 2020.

    b. **Pre-Trial Conference date:** December 2, 2020.

    c. **Trial date:** January 11, 2021.

8. **Possibility of settlement:** Plaintiff tendered a settlement demand to Defendant on January 2, 2020. Defendant has not made a settlement offer. Counsel for each party

discussed the possibility of early settlement and agreed that early settlement does not appear likely in this case. Counsel for the parties believe that discovery will assist the parties in evaluating their settlement positions and they will continue to explore a potential resolution during discovery and the early phases of this case.

9. **Jury trial:** Plaintiff has demanded a trial by jury in his filed Complaint.

10. **Estimation of trial length:** The parties anticipate that any jury trial will last no more than two (2) days.

11. **Consent to proceed before United State Magistrate Judge:** The parties consent to the jurisdiction of a United State Magistrate Judge for all proceedings.

12. **Bifurcation of trial, etc:** The parties do not propose to bifurcate the trial.

13. **Related matters:** None.

DATED this 25th day of February 2020   Respectfully submitted,

FOR PLAINTIFF                          FOR DEFENDANT
TODD S. ASHER                          CREDIT CONTROL, LLC

*/s/ Nicholas M. Wajda*                /s/ Philip H. Franklin
Nicholas M. Wadja                      Philip H. Franklin (SBN #76446)
WAJDA LAW GROUP, APC                   MAURICE WUTSCHER LLP
6167 Bristol Parkway                   155 N. Riverview Drive, Suite 100
Suite 200                              Anaheim Hills, California 92808
Culver City, California 90230          (714) 366-9536
nick@wajdalawgroup.com                 pfranklin@mauricewutscher.com

# CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nicholas M. Wajda
Nicholas M. Wajda
