1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11    TODD S. ASHER,                          1:19-cv-01757-DAD-SAB

12                Plaintiff,                  NEW CASE NUMBER:

13         v.                                 **1:19-cv-01757-SAB**

14    CREDIT CONTROL, LLC,                    **ORDER REASSIGNING CASE**

15                Defendant.

16

17          All parties in the above-captioned case have consented to magistrate judge jurisdiction

18    over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C.

19    §636(c)(1). (Doc. Nos. 15, 16.) Accordingly, this court reassigns this action to the docket of

20    United States Magistrate Judge Stanley A. Boone for all further proceedings, including trial and

21    entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

22          To prevent a delay in documents being received by the correct judicial officer, the new

23    case number listed below should be used on all future documents filed in this action.

24                          **1:19-cv-01757-SAB**

25    IT IS SO ORDERED.

26        Dated:  __**March 6, 2020**__          _____

27                                              UNITED STATES DISTRICT JUDGE

28

                                    1